# Third District Court of Appeal

## State of Florida

Opinion filed July 8, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2903
Lower Tribunal No. 11-36622
_____

**Gilberto Jesus Imery, et al.,**
Appellants,

vs.

**Vangil Ingenieros, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Rosa I. Rodriguez, Judge.

Brian Barakat, for appellants.

Dorta & Ortega, and Omar Ortega and Aileen J. Martin, for appellee.

Before SHEPHERD, LAGOA and EMAS, JJ.

SHEPHERD, J.

Gilberto Jesus Imery and Ivan Carrero Gaivis appeal from an order denying their motion to dismiss a third amended complaint on grounds of *forum non conveniens*. Because the record is insufficient to determine whether the trial court performed the analysis required by Kinney System, Inc. v. Continental Insurance Co., 674 So. 2d 86 (Fla. 1996), we reverse and remand for further proceedings. See Levinson & Litchtman, LLP v. Levinson, 35 So. 3d 182 (Fla. 3d DCA 2010); Wood v. Bluestone, 9 So. 3d 671 (Fla. 4th DCA 2009).

Reversed and remanded.